HERITAGE HOSPITAL v. PEEK

No. 130PA93

Case below: 109 N.C.App. 134

Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993. Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

HOMEBUILDERS ASSN. OF CHARLOTTE v.
CITY OF CHARLOTTE

No. 133PA93

Case below: 109 N.C.App. 327

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993. Petition by defendant for writ of supersedeas allowed 3 June 1993. Petition by defendant for discretionary review pursuant to G.S. 7A-31 allowed 3 June 1993.

LAW BUILDING OF ASHEBORO, INC. v. CITY OF ASHEBORO

No. 143P93

Case below: 109 N.C.App. 313

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

LINDLER v. DUPLIN COUNTY BD. OF EDUCATION

No. 118P93

Case below: 108 N.C.App. 757

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.

LYON v. MAY

No. 90P93

Case below: 108 N.C.App. 633

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 3 June 1993.